UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL A. MONTANEZ, | No. CV 16-05801-AB (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| M. SPEARMAN, Warden, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: November 22, 2017

ANDRÉ BIROTTE JR.
United States District Judge